| AO 10 Rev. 1/2006 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2005 | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial) TROTT, Stephen S | 2. Court or Organization Ninth Circuit Court of Appeals | 3. Date of Report 05/01/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Circuit Judge, Senior Status | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☒ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2005 to 12/31/2005 |
| 7. Chambers or Office Address U.S. Courthouse 550 W. Fort Street, Room 667 Boise, Idaho 83724 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Board Member | Boise Philharmonic Association & Foundaton |
| 2. Board Member | Esther Simplot Performing Arts Center |
| 3. Advisory Committee Member | Childrens Home Society of Idaho |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | Vested interest in a retirement plan maintained by L.A. County, CA, where I was employed as an attorney between 1965/1981. I draw a retirement income monthly. |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | Los Angeles County California Retirement' | $ 10,000.00 |
| 2. | "Highwaymen" Record Sales & Performance Fees | $ 3,000.00 |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☒ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. 03/09/05 - 03/10/05 Second Judicial District Citizens' Law Academy / Moscow, ID | SPEAKER / Expenses (transportation & lodging) |
| 2. 04/20/05 - 04/22/05 Harvard Law School / Cambridge, MA | SPEAKER / Expenses (transportation & lodging) |
| 3. 10/21/05 - 10/22/05 Los Angeles County District Attorney's Office / Los Angeles, CA | SPEAKER / Expenses (transportation) |
| 4. 11/09/05 - 11/10/05 Second Jud. Dist. Bar Assoc. & Inns of the Court / Lewiston, ID | SPEAKER / Expenses (transportation & lodging) |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| TROTT, Stephen S | 05/01/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

X  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

X  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TROTT, Stephen S | 05/01/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Cambiar Opportunity Fd CAMWX | A | Dividend | J | T | Bought | 11/04 | J | | |
| 2. Cambiar Opportunity Fd CAMWX | A | Dividend | J | T | Bought | 12/15 | J | | |
| 3. FMI FDS Focus Fund FMIOX | A | Dividend | J | T | | | | | |
| 4. Goldman Sachs - TR Finl Square Market Fund FTXXX | A | Dividend | J | T | | | | | |
| 5. Goldman Sachs - TR Finl Square Market Fund FTXXX | A | Dividend | J | T | Bought | 12/15 | J | | |
| 6. ING Fund Int Value NIIVX | A | Dividend | J | T | | | | | |
| 7. Janus Invt Fund Mid Cap JMIVX | A | Dividend | J | T | | | | | |
| 8. Julius Baer Invt Funds JIEIX | A | Dividend | J | T | | | | | |
| 9. Legg Mason Value Trust TR Inc NAV Value Trust LMNVX | D | Dividend | J | T | | | | | |
| 10. Royce Premier Fund RYPRX | A | Dividend | J | T | | | | | |
| 11. TCW Galileo Funds Select TGCEX | A | Dividend | J | T | | | | | |
| 12. T Rowe Price Mid Cap RPMGX | A | Dividend | J | T | | | | | |
| 13. Torray Fund TORRX | A | Dividend | J | T | Sold | 11/03 | J | A | |
| 14. Vanguard Municipal Bond Fund Inter Term VWITX | A | Dividend | J | T | Bought | 12/15 | J | | |
| 15. Vanguard Municipal Bond Fund Inter Term VWITX | A | Dividend | J | T | | | | | |
| 16. Vanguard Muni Bnd Fnd Lmtd Trm Tax Exempt VMLTX | A | Dividend | J | T | Bought | 12/15 | J | | |
| 17. Vanguard Muni Bnd Fnd Lmtd Trm Tax Exempt VMLTX | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TROTT, Stephen S | 05/01/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Vanguard/Windsor Fund VWNFX | A | Dividend | J | T | | | | | |
| 19. Bonds - Boise Idaho Waste Water | A | Interest | J | T | | | | | |
| 20. Bonds - Canyon County Idaho School | A | Interest | K | T | | | | | |
| 21. Bonds - Idaho Housing & Finance Association | A | Interest | J | T | Partial Recall 1-3-05 exchange | | | | |
| 22. Janus Fund JANSX | B | Dividend | K | T | | | | | |
| 23. Janus Growth & Income JAGIX | B | Dividend | K | T | | | | | |
| 24. Cambiar Opportunity Fund CAMWX | A | Dividend | J | T | Bought | 11/04 | J | | |
| 25. Cash & Money Market - Evergreen US Govt Portfolio | A | Interest | K | T | | | | | |
| 26. FMI FDS Focus Fund FMIOX | A | Dividend | J | T | | | | | |
| 27. Goldman Sachs TR Finl Square Market Fund FSMXX | A | Dividend | J | T | Sold | 4/01 | J | B | |
| 28. ING Fund Intl Value Fund NIIVX | A | Dividend | J | T | Sold Partial | 11/17 | J | B | |
| 29. Janus Invt Fund Mid Cap JMIVX | A | Dividend | J | T | Sold Partial | 11/17 | J | A | |
| 30. Julius Baer Invt Funds Intl Equity JIEIX | A | Dividend | J | T | Sold Partial | 4/15 | J | B | |
| 31. Julius Baer Invt Funds Intl Equity JIEIX | A | Dividend | J | T | Sold Partial | 10/21 | J | B | |
| 32. Julius Baer Invt Funds Intl Equity JIEIX | A | Dividend | J | T | Sold Partial | 11/17 | J | B | |
| 33. Legg Mason Value Trust TR Inc NAV Value Trust LMNVX | D | Dividend | J | T | | | | | |
| 34. PIMCO Funds Pac Int PTTRX | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| (See Column C2) | Q =Appraisal | S =Assessment | T =Cash Market | | |
| | U =Book Value | W =Estimated | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name of Person Reporting | | | | | Date of Report | | | | |
| TROTT, Stephen S | | | | | 05/01/2006 | | | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Royce Premier Fund RYPRX | A | Dividend | J | T | | | | | |
| 36. TCW Galileo Funds Inc TGCEX | A | Dividend | J | T | | | | | |
| 37. Torray Fund TORRX | A | Dividend | J | T | Sold | 11/03 | J | A | |
| 38. T Rowe Price Mid Cap RPMGX | A | Dividend | J | T | Sold Partial | 7/15 | J | A | |
| 39. T Rowe Price Mid Cap RPMGX | A | Dividend | J | T | Sold Partial | 11/17 | J | A | |
| 40. Vanguard/Windsor VWNFX | A | Dividend | J | T | | | | | |
| 41. Western Asset Core WATFX | A | Dividend | K | T | | | | | |
| 42. IRA - US Bank Cash Equivalent | C | Interest | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Section VII -- This, except for line #42 (IRA U.S. Bank), belongs to ████████e and is██ separate assest held in three different accounts, which may make some of the reporting seem duplicative or redundant, which it is not.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature_____     Date____ 4/18/06

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544